Ryan **PRESLEY**, Plaintiff–Appellant,

v.

**FREIGHTLINER, LLC,** Defendant–Appellee.

No. 08–35886.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 5, 2009.

Filed Nov. 16, 2009.

David H. Griggs, Megan Dolan, Dolan Griggs LLP, Portland, OR, for Plaintiff–Appellant.

Victor Joseph Kisch, Marc E. Alifanz, Esquire, Stoel Rives LLP, Portland, OR, for Defendant–Appellee.

Before: KOZINSKI, Chief Judge,
FISHER and PAEZ, Circuit Judges.

## MEMORANDUM *

We review de novo a grant of summary judgment. *McGinest v. GTE Serv. Corp.*, 360 F.3d 1103, 1112 (9th Cir.2004). Here, we conclude that there were genuine issues of material fact as to whether Freightliner discriminated against Presley on the basis of his race and whether Freightliner retaliated against Presley when he complained of racial discrimination. We thus reverse the district court's grant of summary judgment.

REVERSED and REMANDED.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.